THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Willie James Haskett, Appellant.
 
 
 

Appeal From Richland County
 James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-121
 Submitted March 2, 2009  Filed March 5,
2009

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: Haskett appeals his guilty pleas for committing a lewd act upon a minor and assault
 with intent to commit criminal sexual conduct.  On appeal, Hasketts counsel alleges the pleas did not meet the mandates of Boykin v. Alabama, 395 U.S. 238
 (1969).  After a thorough review of the
 record, counsels brief, and Hasketts pro se brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Hasketts appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
Short, Thomas, and Geathers,
jj., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.